IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ROBERT JAMES SWINT; <br> CHRYSTAL MARIE MEYER, | Civ. No. 1:20-cv-02144-CL |
| Plaintiffs, <br> v. | **ORDER** |
| UNITED STATES; <br> INTERNATIONAL PAPER; <br> DISH NETWORK; YOUTUBE, | |
| Defendants. | |

CLARKE, Magistrate Judge.

This matter comes before the Court on a document filed by Plaintiffs and captioned "New World Order to Show Cause 4 An Preliminary Injection." ECF No. 3. Plaintiffs' hand-written Complaint was filed on December 9, 2020 and is largely illegible. ECF No. 1.[1] Plaintiffs' filing does not appear to be a motion but seems to be a proposed order directing the defendants to appear at a preliminary injunction hearing. Plaintiffs have not filed a motion for injunctive relief and so the proposed order is premature. Summons have not been issued in this case and so the defendants

---

[1] Plaintiffs filed a separate action against the same defendants in the Portland Division on December 14, 2020 in Case No. 3:20-cv-02177-CL but Plaintiffs have not filed a comparable motion in that case.

Page 1 –ORDER

have not been properly served, nor have they appeared. To the extent that ECF No. 3 was intended to serve as a motion, it is DENIED.

Additionally, Plaintiffs have not paid the filing fee in this case nor have they applied to proceed *in forma pauperis*. Generally, all parties instituting any civil action in United States District Court must pay a statutory filing fee. 28 U.S.C. § 1914(a). Plaintiffs who are unable to pay the filing fee may seek leave to proceed *in forma pauperis* or "IFP." 28 U.S.C. § 1915. The application for IFP status is available at the Clerk's Office or on the Court's public website. Plaintiffs shall have fourteen (14) days in which to either pay the filing fee in this action or submit an IFP application. Plaintiffs are advised that failure to either pay the fee or submit a completed IFP application within the allotted time will result in a recommendation of dismissal.

It is so ORDERED and DATED this __31__ day of December 2020.

_____
Mark Clarke
United States Magistrate Judge